# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CHARLES EDWARD JONES, SR.                                                    PETITIONER
ADC #144544

v.                                    4:25-cv-00601-JM-JJV

DEXTER PAYNE,
Director, ADC                                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 2-1) is DISMISSED without prejudice and the requested relief is DENIED.

Petitioner's motions to amend (Doc. Nos. 12-13) are DENIED.

SO ORDERED this 25th day of July, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE